# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| A.W. Chesterton Company., Inc.,  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ST. PAUL FIRE & MARINE INSURANCE )<br>COMPANY,  )<br>Defendant.  )<br>  ) | Civil Docket Number:<br>04-CV-12501 GAO |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance on behalf of Plaintiff A.W. Chesterton Company, Inc., in the above-referenced action.

    Respectfully submitted,

/s/ Nicholas D. Stellakis
Nicholas D. Stellakis, BBO No. 644981
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA  02110-3536
(617) 737-3100

Dated: December 3, 2004

134481