# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. CHESTERTON CO., INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ST. PAUL FIRE AND MARINE )<br>INSURANCE COMPANY )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 04-CV-12501 GAO |

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Local Rule 7.3, the following corporate affiliations exist with Defendant:

Defendant St. Paul Fire and Marine Insurance Company is a wholly owned subsidiary of The St. Paul Travelers Companies, Inc., a publicly traded company.

                                                St. Paul Fire and Marine Insurance Company
                                                By its attorneys,


                                                ___*/s/ J. Patrick Kennedy*_____
                                                J. Patrick Kennedy
                                                BBO# 565778
                                                Bulkley, Richardson, and Gelinas LLP
                                                One Post Office Square, Suite 3700
                                                Boston, Massachusetts 02109
                                                Telephone:  (617) 368-2500
                                                Facsimile:   (617) 368-2525
                                                Email:  pkennedy@bulkley.com

- 2 -

Of Counsel

Harry Lee
March D. Coleman
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-8073
Facsimile: (202) 429-3902
Email: mcoleman@steptoe.com

Dated: December 9, 2004

285163-1