UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. Chesterton Company., Inc.,<br>    Plaintiff,<br><br>v.<br><br>St. Paul Fire & Marine Insurance Co.<br>    Defendant. | )<br>)<br>)<br>)  Civil Docket Number:<br>)  04-CV-12501 GAO<br>)<br>)<br>) |

**NOTICE OF INTENDED DATE OF FILING**

Pursuant to Local Rule 15.1(b) of the United States District Court for the District of Massachusetts, the Plaintiff, A.W. Chesterton Company, Inc. ("Chesterton"), hereby states that it intends to file the enclosed Motion for Leave to Amend Complaint and to Remand (Proposed Second Amended Complaint attached) and the accompanying Memorandum of Law in support thereof on February 10, 2005.

                                                        A.W. CHESTERTON COMPANY, INC.
                                                        by its attorneys,


                                                        /s/ Martin F. Gaynor III
                                                        Harry L. Manion III, BBO No. 317440
                                                        Martin F. Gaynor III, BBO No. 564384
                                                        Kathryn R. Colburn, BBO No. 653244
                                                        Nicholas D. Stellakis, BBO No. 644981
                                                        COOLEY MANION JONES LLP
                                                        21 Custom House Street
                                                        Boston, MA  02110
                                                        (617) 737-3100
                                                        Email: mgaynor@cmj-law.com

Dated: January 27, 2005

136414