UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. Chesterton Company., Inc.,       )<br>          Plaintiff,                                )<br>                                                      )<br>v.                                                   )<br>                                                      )<br>St. Paul Fire & Marine Insurance Co. )<br>          Defendant.                            )<br>                                                      ) | Civil Docket Number:<br>04-CV-12501 GAO |

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, as required by Local Rule 7.1(A)(2), I have conferred with counsel regarding Plaintiff's Motion for Leave to Amend and to Remand and have attempted in good faith to resolve or narrow the issues.

                                      A.W. CHESTERTON COMPANY, INC.
                                      by its attorneys,

                                      /s/ Martin F. Gaynor III
                                      Harry L. Manion III, BBO No. 317440
                                      Martin F. Gaynor III, BBO No. 564384
                                      Kathryn R. Colburn, BBO No. 653244
                                      Nicholas D. Stellakis, BBO No. 644981
                                      COOLEY MANION JONES LLP
                                      21 Custom House Street
                                      Boston, MA  02110
                                      (617) 737-3100
                                      Email: mgaynor@cmj-law.com

137854