**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| A.W. Chesterton Company., Inc., <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| St. Paul Fire & Marine Insurance Co. <br> Defendant. | ) <br> ) <br> ) |

Civil Docket Number:
04-CV-12501 GAO

**LOCAL RULE 15.1 CERTIFICATION**

I hereby certify that, as required by Local Rule 15.1(B), I have served Plaintiff's Motion for Leave to Amend and to Remand, the memorandum of law in support thereof, and the Notice of Intended Date of Filing, on each proposed new party at least ten days in advance of the filing of the same.

                      A.W. CHESTERTON COMPANY, INC.
                      by its attorneys,

                      /s/ Martin F. Gaynor III
                      Harry L. Manion III, BBO No. 317440
                      Martin F. Gaynor III, BBO No. 564384
                      Kathryn R. Colburn, BBO No. 653244
                      Nicholas D. Stellakis, BBO No. 644981
                      COOLEY MANION JONES LLP
                      21 Custom House Street
                      Boston, MA  02110
                      (617) 737-3100
                      Email: mgaynor@cmj-law.com

137869