UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. CHESTERTON CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-CV-12501 GAO |
| ) | |
| ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

ASSENTED-TO MOTION TO EXTEND
TIME TO OPPOSE CHESTERTON'S MOTION FOR
LEAVE TO AMEND COMPLAINT AND TO REMAND

Pursuant to Local Rule 7.1 and with the assent of plaintiff A.W. Chesterton Co., Inc. ("Chesterton"), defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), through its undersigned counsel, hereby respectfully moves to extend the time for it to oppose Chesterton's Motion for Leave to Amend Complaint and to Remand (the "Motion to Amend/Remand") until March 8, 2005. As grounds for this motion, St. Paul states as follows:

1.     This action was originally commenced by Chesterton by filing its Complaint in the Middlesex Superior Court on or about October 18, 2004.

2.     St. Paul removed this action to this Court by filing a Notice of Removal on November 24, 2004.

- 2 -

3.	On February 18, 2005, Chesterton filed the Motion to Amend/Remand and supporting papers with this Court. The Motion to Amend/Remand seeks leave from this Court to amend the Complaint to add three new defendant parties, including a party that resides in Massachusetts, and to remand the case to Middlesex Superior Court on the ground that complete diversity would be destroyed if the amendment is allowed.

4.	Pursuant to Local Rule 7.1(B)(2), St. Paul's deadline for filing its Opposition to the Motion to Amend/Remand would be March 4, 2005 absent an extension.

5.	The attorney for St. Paul who would be responsible for drafting an Opposition to the Motion to Amend/Remand was unexpectedly out of the office for part of last week due to a death in his family. For this reason, St. Paul needs additional time to prepare and file its Opposition to Chesterton's Motion to Amend/Remand. The requested extension is only two business days until March 8, 2005, and will not prejudice any party to this action.

WHEREFORE, with the assent of plaintiff Chesterton, defendant St. Paul respectfully requests that this Court allow the agreed-upon extension of the time within which St. Paul may file its Opposition to Chesterton's Motion to Amend/Remand until March 8, 2005.

| ASSENTED-TO: | Respectfully submitted, |
|---|---|
| A.W. CHESTERTON COMPANY, INC., By its Attorneys, | ST. PAUL FIRE AND MARINE INSURANCE COMPANY, By its Attorneys, |
| /s/ Martin F. Gaynor, III<br>Harry L. Manion III, BBO# 317440<br>Martin F. Gaynor III, BBO# 564384<br>Kathryn R. Colburn, BBO# 653244<br>Nicholas D. Stellakis, BBO# 644981<br>COOLEY MANION JONES LLP<br>21 Custom House Street<br>Boston, MA  02110<br>(617) 737-3100<br>Email: mgaynor@cmj-law.com | /s/  J. Patrick Kennedy<br>J. Patrick Kennedy, BBO# 565778<br>Bulkley, Richardson, and Gelinas LLP<br>One Post Office Squire, Suite 3700<br>Boston, MA  02109<br>(617) 368-2500<br>Email:  pkennedy@bulkley.com<br><br>Of Counsel:<br><br>Harry Lee<br>March D. Coleman<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C.  20036<br>(202) 429-3000<br>Email:  mcoleman@steptoe.com |

Dated:  March 1, 2005

CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I, J. Patrick Kennedy, hereby certify that I conferred with counsel for plaintiff A.W. Chesterton Company, Inc. before filing this Motion, and that counsel indicated that Chesterton would assent to the relief requested herein.

/s/  J. Patrick Kennedy

291424-1