UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| A.W. CHESTERTON COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 04-CV-12501 GAO |
| v. | ) ) | |
| ST. PAUL FIRE & MARINE INSURANCE CO., | ) ) ) | |
| Defendant. | ) ) ) | |

**ASSENTED-TO MOTION OF PROPOSED DEFENDANT
MASSACHUSETTS INSURERS INSOLVENCY FUND FOR AN EXTENSION
OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S MOTION
<u>FOR LEAVE TO AMEND COMPLAINT AND REMAND</u>**

Proposed defendant Massachusetts Insurers Insolvency Fund ("MIIF") hereby moves for an extension of time in which to respond to plaintiff's Motion for Leave to Amend Complaint and to Remand ("Motion"). Plaintiff has assented to this Motion. As grounds therefor, MIIF states as follows:

1.  On February 25, 2005, MIIF received a copy of the Motion and supporting papers.

2.  On March 7, 2005, counsel for MIIF conferred with counsel for plaintiff and agreed to allow MIIF until March 22, 2005 to file a response to the Motion.

3.  No previous extension has been granted to MIIF.

WHEREFORE, based on the parties' agreement, MIIF respectfully requests that this Court grant it an extension to and including March 22, 2005 to file a response to the Motion.

BOS1472121.1

                                                  MASSACHUSETTS INSURERS
                                                  INSOLVENCY FUND

                                                  By their attorneys,

                                                        /s/ G. Rubenstein
                                                Joseph C. Tanski (BBO #492180)
                                                Gregory P. Deschenes (BBO #550830)
                                                Gregg A. Rubenstein (BBO #639680)
                                                NIXON PEABODY LLP
                                                100 Summer Street
                                                Boston, Massachusetts 02110
                                                (617) 345-1000

Dated: March 8, 2005

**ASSENTED TO:**


      /s/ M. Gaynor
Martin F. Gaynor III (BBO #564384)
Nicholas D. Stellakis (BBO #644981)
COOLEY MANION JONES LLP
2 Custom House Street
Boston, Massachusetts 02110
(617) 737-3100

BOS1472121.1