UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. CHESTERTON CO., INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ST. PAUL FIRE AND MARINE ) <br> INSURANCE COMPANY ) <br> ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-CV-12501 GAO <br><br><br><br><br> MOTION TO ADMIT HARRY LEE AND <br> MARCH D. COLEMAN PRO HAC VICE |

The undersigned, J. Patrick Kennedy, pursuant to Local Rule 83.5.3 of the Rules of the United States District Court for the District of Massachusetts, hereby moves the Court for an order allowing Harry Lee and March D. Coleman to appear and represent as co-counsel defendant St. Paul Fire and Marine Insurance Company ("St. Paul") in this Court for this particular case. As grounds for this motion, I state as follows:

1. I am counsel of record in this matter for defendant St. Paul.

2. As set forth in the attached Affidavit of Harry Lee, Mr. Lee is a partner with the law firm Steptoe & Johnson LLP, located at 1330 Connecticut Avenue Northwest, Washington, DC 20036, is a member of the bars of the District of Columbia and the State of Maryland, the United States District Court for the Districts of Maryland and the District of Columbia, and the United States Court of Appeals for the Fourth Circuit and the District of Columbia. Mr. Lee is a member in good standing of every jurisdiction in which he has been admitted to practice, and there are no disciplinary proceedings pending against him. Mr. Lee has never been denied admission to the courts of any state or any federal court to which he has applied. Mr. Lee is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and his participation as counsel would be of invaluable assistance in this action.

3.   As set forth in the attached Affidavit of March D. Coleman, Mr. Coleman is an associate with the law firm Steptoe & Johnson LLP, located at 1330 Connecticut Avenue Northwest, Washington, DC 20036, is a member of the bars of Virginia and of the District of Columbia, the United States District Court for the District of Columbia and the Eastern and Western Districts of Virginia, and the United States Court of Appeals for the Fourth Circuit and the District of Columbia. Mr. Coleman is a member in good standing of every jurisdiction in which he has been admitted to practice, and there are no disciplinary proceedings pending against him. Mr. Coleman has never been denied admission to the courts of any state or any federal court to which he has applied. Mr. Coleman is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and his participation as counsel would be of invaluable assistance in this action.

WHEREFORE, the undersigned, J. Patrick Kennedy, respectfully requests that this Court grant this motion and allow Harry Lee and March D. Coleman to appear *pro hac vice* as counsel for defendant St. Paul in this case.

Respectfully submitted,

___/s/ J. Patrick Kennedy___
J. Patrick Kennedy
BBO# 565778
Bulkley, Richardson, and Gelinas LLP
One Post Office Square, Suite 3700
Boston, Massachusetts 02109
Telephone: (617) 368-2500
Facsimile:  (617) 368-2525
Email: pkennedy@bulkley.com

## CERTIFICATE PURSUANT TO LOCAL CIVIL RULE 7.1(a)(2)

Pursuant to Local Civil Rule 7.1(a)(2), I, J. Patrick Kennedy, hereby certify that I have conferred with all counsel of record in this action regarding the relief requested in this motion, and that all counsel have consented to the relief requested in this motion.

/s/ J. Patrick Kennedy

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. CHESTERTON CO., INC. ) | Civil Action No. 04-CV-12501 GAO |
| Plaintiff, ) | |
| v. ) | |
| ST. PAUL FIRE AND MARINE ) INSURANCE COMPANY ) | |
| Defendant. ) | |

ORDER ON MOTION TO PERMIT COUNSEL TO APPEAR *PRO HAC VICE*

Upon motion and for good cause shown, it is hereby ORDERED that Harry Lee may appear in the above-captioned case on behalf of the defendant St. Paul Fire and Marine Insurance Company.

Dated this ____ day of May, 2005.

_____
United States District Court Judge

- 8 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. CHESTERTON CO., INC. ) | Civil Action No. 04-CV-12501 GAO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

### ORDER ON MOTION TO PERMIT COUNSEL TO APPEAR *PRO HAC VICE*

Upon motion and for good cause shown, it is hereby ORDERED that March D. Coleman may appear in the above-captioned case on behalf of the defendant St. Paul Fire and Marine Insurance Company.

Dated this ____ day of May, 2005.

_____
United States District Court Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. CHESTERTON CO., INC.<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE<br>INSURANCE COMPANY<br><br>Defendant. | Civil Action No. 04-CV-12501 GAO |

## AFFIDAVIT FOR *PRO HAC VICE* ADMISSION OF HARRY LEE

Harry Lee, counsel for defendant St. Paul Fire and Marine Insurance Company ("St/Paul"), hereby files this affidavit pursuant to Local Rule 83.5.3 of the Rules for the United States District Court for the District of Massachusetts, for permission to appear and participate in this case. As grounds for this application, Attorney Harry Lee states as follows:

1. I am a partner with the law firm Steptoe & Johnson LLP, located at 1330 Connecticut Avenue, NW, Washington, D.C. 20036. I am a member in good standing of the bars of the District of Columbia and Maryland.

2. I am not now and never have been subject to any disciplinary proceedings or order of discipline by any federal or state court.

3. J. Patrick Kennedy, an attorney at the firm of Bulkley, Richardson and Gelinas, LLP, at One Post Office Square, Suite 3700, Boston, Massachusetts 02109, is a member of this Court and has previously entered his appearance in this case on St. Paul's behalf.

4.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Harry Lee respectfully requests that this Court enter an Order granting his application to appear and practice before this Court *pro hac vice* in the representation of defendant St. Paul in the above-captioned matter.

Respectfully submitted,

_____
Harry Lee
Steptoe & Johnson, LLP
1330 Connecticut Avenue N.W.
Washington, D.C. 20036

Dated: May 23, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. CHESTERTON CO., INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ST. PAUL FIRE AND MARINE ) <br> INSURANCE COMPANY ) <br> ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-CV-12501 GAO |

### AFFIDAVIT FOR *PRO HAC VICE* ### ADMISSION OF MARCH D. COLEMAN

March D. Coleman, counsel for defendant St. Paul Fire and Marine Insurance Company ("St/ Paul"), hereby files this affidavit pursuant to Local Rule 83.5.3 of the Rules for the United States District Court for the District of Massachusetts, for permission to appear and participate in this case. As grounds for this application, Attorney March D. Coleman states as follows:

1. I am an associate with the law firm Steptoe & Johnson LLP, located at 1330 Connecticut Avenue, NW, Washington, D.C. 20036. I am a member in good standing of the bars of the District of Columbia and Virginia.

2. I am not now and never have been subject to any disciplinary proceedings or order of discipline by any federal or state court.

3. J. Patrick Kennedy, an attorney at the firm of Bulkley, Richardson and Gelinas, LLP, at One Post Office Square, Suite 3700, Boston, Massachusetts 02109, is a member of this Court and has previously entered his appearance in this case on St. Paul's behalf.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, March D. Coleman respectfully requests that this Court enter an Order granting his application to appear and practice before this Court *pro hac vice* in the representation of defendant St. Paul in the above-captioned matter.

Respectfully submitted,

March D. Coleman
Steptoe & Johnson, LLP
1330 Connecticut Avenue N.W.
Washington, D.C. 20036

Dated: May 23, 2005