**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ | |
| A.W. Chesterton Company,             ) | |
|      Plaintiff,              ) | |
|                   ) | |

A.W. Chesterton Company,                              )
     Plaintiff,                                             )
                      )
v.                                                            )        Civil Docket Number:
                      )        04-CV-12501 GAO
St. Paul Fire and Marine Insurance                )
Company, Fireman's Fund Insurance Co.,     )
Atlanta International Insurance Co. formerly )
Drake Insurance Co. of New York,                )
     Defendants.                                        )
_____)

**JOINT MOTION FOR VOLUNTARY DISMISSAL**

Plaintiff A.W. Chesterton Company ("Chesterton") and defendant St. Paul Fire and

Marine Insurance Company ("St. Paul") respectfully request that, pursuant to Fed. R. Civ. P.

41(a)(2), this Court order voluntary dismissal, with prejudice and without costs, of all claims in

the above-captioned case asserted by Chesterton against St. Paul.  As grounds therefor,

Chesterton and St. Paul state as follows.

1.      Chesterton commenced this action against St. Paul on October 18, 2004 in the

Middlesex Superior Court.

2.      St. Paul removed the case to this Court on November 24, 2004.

3.      St. Paul, Fireman's Fund Insurance Co. ("Fireman's"), and Atlanta International

Insurance Co. (formerly Drake Insurance Co. of New York) ("Atlanta") assented to the filing of

Chesterton's Second Amended Complaint on June 15, 2005, adding claims against Fireman's

and Atlanta.

4.      St. Paul filed its answer to the Second Amended Complaint on June 29, 2005.

5.      Voluntary dismissal of Chesterton's claims against St. Paul, with prejudice and

without costs, is proper under Fed. R. Civ. P. 41(a)(2).

6.      This motion applies only to Chesterton's claims against St. Paul and not to Chesterton's claims against Fireman's and Atlanta, with the effect that, pursuant to Fed. R. Civ. P. 15(a) and the Second Amended Complaint, the parties remaining defendants to this action after dismissal of St. Paul will be Fireman's and Atlanta, both of whom consented to the filing of the Second Amended Complaint.

WHEREFORE, Chesterton and St. Paul respectfully request that this Joint Motion for Voluntary Dismissal be allowed and that all of Chesterton's claims in this case against St. Paul be dismissed with prejudice and without costs.  A proposed order to this effect is attached hereto as Exhibit 1.

A.W. CHESTERTON COMPANY,
by its attorneys,


_____/s/ Martin F. Gaynor_____
Harry L. Manion III, BBO No. 317440
Martin F. Gaynor III, BBO No. 564384
Nicholas D. Stellakis, BBO No. 644981
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA  02110
(617) 737-3100
Email: mgaynor@cmj-law.com



ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,
by its attorneys,


_____/s/ J. Patrick Kennedy_____
J. Patrick Kennedy, BBO No. 565778
BULKLEY, RICHARDSON AND
GELINAS, LLP

One Post Office Square, Suite 3700
Boston, Massachusetts 02109
(617) 368-2500
Email: pkennedy@bulkley.com

Of Counsel
Harry Lee
March D. Coleman
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-8073
Email: mcoleman@steptoe.com

145090v4

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

A.W. Chesterton Company,       )
     Plaintiff,             )
                        )
v.                        )     Civil Docket Number:
                        )     04-CV-12501 GAO
St. Paul Fire and Marine Insurance  )
Company, Fireman's Fund Insurance Co.,  )
Atlanta International Insurance Co. formerly )
Drake Insurance Co. of New York,    )
     Defendants.          )
_____)

## (PROPOSED) ORDER

This matter is before the Court on the joint motion of plaintiff A.W. Chesterton Company

("Chesterton") and defendant St. Paul Fire and Marine Insurance Company ("St. Paul") to

dismiss voluntarily all of Chesterton's claims against St. Paul pursuant to Fed. R. Civ. P.

41(a)(2).  After due consideration, it is hereby ordered:

1.  Chesterton and St. Paul's Joint Motion for Voluntary Dismissal is **ALLOWED**.

2.  All claims by Chesterton against St. Paul are hereby **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

3.  The claims asserted by Chesterton in the Second Amended Complaint against defendants Fireman's Fund Insurance Co. and Atlanta International Insurance Co. (formerly Drake Insurance Co. of New York) shall not be affected by this order.


_____                    _____
DATE                               George A. O'Toole, Jr.
                                  DISTRICT JUDGE

145193v1