AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____MASSACHUSETTS_____

A.W. Chesterton Company

**SUMMONS IN A CIVIL CASE**

V.

St. Paul Fire and Marine Insurance Co.,
Fireman's Fund Insurance Co.,
Atlanta International Insurance Co.,
formerly Drake Insurance Co. of
New York

CASE NUMBER:

**04 CV 12501 GAO**

TO: (Name and address of Defendant)

Fireman's Fund Insurance Co.
c/o Commissioner of Insurance
Legal Department at the Division of Insurance
One South Station
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Martin F. Gaynor III, Esq., Cooley Manion Jones LLP, 21 Custom House Street, Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                     July 25, 2005

CLERK                                 DATE

_Gina Edge_

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
             Date              Signature of Server

_____
Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
Suffolk, ss.

I hereby certify and return that on 11/9/2005 at 8:30AM I served two copies copy of the within Summons and 2ndAmended Complaint and Demand For Jury Trial in this action together with $6.00 in fees, upon the within named Fireman's Fund Insurance Co. in the following manner (See Mass. R. Civ.P.4(d)): by leaving at the office of the Insurance Commissioner for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made. Service was made by giving in hand to Stacy Best agent at time of service. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

November 15, 2005

_____
Deputy Sheriff

(1)

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

A.W. Chesterton Company

**SUMMONS IN A CIVIL CASE**

V.

St. Paul Fire and Marine Insurance Co.,
Fireman's Fund Insurance Co.,
Atlanta International Insurance Co.,
formerly Drake Insurance Co. of
New York

CASE NUMBER:

**04 CV 12501 GAO**

TO: (Name and address of Defendant)

Atlanta International Insurance Co., formerly Drake Insurance
Co. of New York
c/o Commissioner of Insurance
Legal Department at the Division of Insurance
One South Station
Boston, MA  02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Martin F. Gaynor III, Esq., Cooley Manion Jones LLP, 21 Custom House
Street, Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

July 25, 2005

CLERK                                             DATE

(By) DEPUTY CLERK

**Deputy Sheriff, George Slyva**



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

November 15, 2005

I hereby certify and return that on 11/9/2005 at 8:30AM I served two copies copy of the within Summons and 2ndAmended Complaint and Demand For Jury Trial in this action together with $6.00 in fees, upon the within named Atlantic International Insurance Co., formerly Drake Insurance Co. of New York, in the following manner (See Mass. R. Civ.P.4(d)): by leaving at the office of the Insurance Commissioner for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made. Service was made by giving in hand to Stacy Best agent at time of service. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff

---

**RETURN OF SERVICE**

| | |
|---|---|
| DATE | Service of the Summons and complaint was made by me[1] |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
              Date            Signature of Server

_____
Address of Server

(1) As AO 440 (Rev. 10/93) Summons in a Civil Action