UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. CHESTERTON COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE CO., FIREMAN'S FUND INSURANCE CO., ATLANTA INTERNATIONAL INSURANCE CO, FORMERLY DRAKE INSURANCE CO. OF NEW YORK,<br><br>    Defendants. | Civil Action No.: 04-CV-12501 GAO |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Atlanta International Insurance Company, in the above captioned matter.

The Defendant,
Atlanta International Insurance Company,

By its attorney,

_____
Edward D. Shoulkin
B.B.O. No. 555483
TAYLOR, DUANE, BARTON & GILMAN, LLP
160 Federal Street
Boston, MA 02110
(617) 654-8200

### CERTIFICATE OF SERVICE

I certify that on November 29, 2005, I served copies of the foregoing by mailing same postage prepaid to all counsel of record.

_____
Edward D. Shoulkin