UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. CHESTERTON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE CO., FIREMAN'S FUND INSURANCE CO., ATLANTA INTERNATIONAL INSURANCE CO, FORMERLY DRAKE INSURANCE CO. OF NEW YORK,<br><br>Defendants. | Civil Action No.: 04-CV-12501 |

## MOTION OF ATLANTA INTERNATIONAL INSURANCE COMPANY FOR ADMISSION *PRO HAC VICE* OF STEVEN G. ADAMS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Atlanta International Insurance Company, ("Atlanta International") respectfully moves the Court for an Order granting Steven G. Adams, Esq. leave to practice on behalf of Atlanta International in the above action. In support of this motion, Atlanta International states:

1. This Motion for Admission *Pro Hac Vice* is made for good cause in that Steven G. Adams has served as counsel for Atlanta International in this and other matters. Mr. Adams has formed a long-standing relationship with Atlanta International and has become acquainted with Atlanta International and its

business. <u>See</u> Affidavit of Steven G. Adams, Esq., in Support of Motion For Admission *Pro Hac Vice*, attached hereto as Exhibit "A."

2. Steven G. Adams, Esq., is an attorney with the law firm of Melito & Adolfsen, P.C., 233 Broadway, Woolworth Building, New York, NY 10279.

3. The undersigned counsel will be associated with Steven G. Adams in the handling of the above-captioned proceeding on behalf of Atlanta International.

4. Steven G. Adams is a member of the bar in good standing in every jurisdiction where he has been admitted to practice. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. <u>See</u> Exhibit "A."

5. Steven G. Adams is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and will confer with the undersigned counsel during the course of this litigation concerning the Local Rules.

WHEREFORE, the Defendant, Atlanta International Insurance Company, respectfully moves the Court for an Order granting Steven G. Adams, Esq. leave to practice on behalf of the defendant in the above action.

The Defendant,
Atlanta International Insurance Company,

By its attorney,

*/s/ Edward D. Shoulkin*

Edward D. Shoulkin
B.B.O. No. 555483
TAYLOR, DUANE, BARTON & GILMAN, LLP
160 Federal Street
Boston, MA 02110
(617) 654-8200

### Certificate of Conference

I, Edward D. Shoulkin, Esq., hereby certify that counsel for all parties were contacted prior to filing the above motion in accordance with Local Rule 7.1

*/s/ Edward D. Shoulkin, Esq.*

### Certificate of Service

I, Edward D. Shoulkin, hereby certify that on November 29, 2005, I served a copy of the foregoing Motion for Admission *Pro Hac Vice* by mailing same, postage pre-paid to all counsel of record.

*/s/ Edward D. Shoulkin, Esq.*

|  |  |
|---|---|
| A.W. CHESTERTON COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE & MARINE<br>INSURANCE CO., FIREMAN'S FUND<br>INSURANCE CO., ATLANTA<br>INTERNATIONAL INSURANCE CO. formerly<br>DRAKE INSURANCE CO. OF NEW YORK,<br><br>     Defendants. | Civil Action No.: 04-CV-12501 |

## AFFIDAVIT IN SUPPORT OF MOTION OF ATLANTA INTERNATIONAL INSURANCE COMPANY FOR ADMISSION *PRO HAC VICE* OF STEVEN G. ADAMS, ESQ.

I, Steven G. Adams, Esq., being duly sworn, hereby depose and state as follows:

1. This affidavit is submitted in support of the Motion of Atlanta International Insurance Company ("Atlanta International") for my Admission Pro Hac Vice, for the purpose of acting as co-counsel for Atlanta International in the above action.

2. I am a member of the law firm Melito & Adolfsen, P.C., 233 Broadway, Woolworth Building, New York, NY 10279.

3. I am a member in good standing and duly licensed to practice law in the State of New York. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. In representing Atlanta International before this Court, I will be associated with Edward D. Shoulkin, Esq., who maintains an office for the practice of law in the

Commonwealth of Massachusetts and who is a member in good standing of the Bars of the Commonwealth of Massachusetts and the United States District Court, District of Massachusetts.

6. I have served as counsel for Atlanta International in this and other matters, as a result of which, I have formed a long-standing relationship with Atlanta International, and have become acquainted with Atlanta International and its business.

7. For the above stated reasons, I believe that there is good cause for my admission *pro hac vice*, and I respectfully request that the Court permit me to appear in this matter.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 10th DAY OF NOVEMBER, 2005.

_____
Steven G. Adams, Esq.

Subscribed and sworn to before me
this 10th day of November, 2005.

_____
Notary Public

30900

MARY SULLIVAN
Notary Public, State of New York
No. 24-01SU4965449
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 23, 20<u>06</u>

2