UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. CHESTERTON COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE CO., FIREMAN'S FUND INSURANCE CO., ATLANTA INTERNATIONAL INSURANCE CO, FORMERLY DRAKE INSURANCE CO. OF NEW YORK,<br><br>　　　　Defendants. | Civil Action No.: 04-CV-12501 GAO<br><br>**RULE 7.3 STATEMENT** |

**PLEASE TAKE NOTICE** that defendant Atlanta International Insurance Company, by its attorneys Taylor, Duane, Barton & Gilman, LLP and Melito & Adolfsen P.C., pursuant to Local Civil Rule 7.3 entitled "Corporate Disclosure Statement," identifies the following corporate parents, subsidiaries, or affiliates of this corporate party:

1.　Atlanta International Insurance Company is an indirect wholly-owned subsidiary of AON Corporation.

Dated: November 29, 2005

　　　　　　　　　　　　ATLANTA INTERNATIONAL
　　　　　　　　　　　　INSURANCE COMPANY,

　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　_____
　　　　　　　　　　　　Edward D. Shoulkin, Esq.
　　　　　　　　　　　　B.B.O. No. 555483
　　　　　　　　　　　　Taylor Duane Barton & Gilman, LLP
　　　　　　　　　　　　160 Federal Street
　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　(617) 654-8200

-and-

Louis G. Adolfsen, Esq. (LA 5431)
Steven G. Adams, Esq. (SA 4202)
MELITO & ADOLFSEN, P.C.
233 Broadway
New York, NY  10279
(212) 238-8900
*Pro Hac Vice Application Pending*

### CERTIFICATE OF SERVICE

I certify that on November 29, 2005, I served copies of the foregoing by mailing same postage prepaid to all counsel of record.

_____
Edward D. Shoulkin