UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
A.W. Chesterton Company,            )
    Plaintiff,                      )
                                    )
v.                                  )   Civil Docket Number:
                                    )   04-CV-12501 GAO
Fireman's Fund Insurance Co.,       )
Atlanta International Insurance Co. formerly )
Drake Insurance Co. of New York,    )
    Defendants.                     )
_____ )

**PARTIES' JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Having conferred in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts, the Parties respectfully submit this joint statement:

**Proposed Discovery Plan**

1. Discovery requests served and depositions completed by October 16, 2006.

2. Rule 26(a)(2) expert disclosures and reports served by September 15, 2006 (Plaintiff) and October 2, 2006 (Defendants).

3. Completion of expert deposition discovery by October 30, 2006.

**Proposed Schedule for Filing Motions**

1. Rule 12, 15, 19, and 20 motions filed by February 28, 2006.

2. Dispositive motions filed by November 30, 2006. A moving party may file a reply to the opposition of the responding party.

3. The parties request that a final pre-trial conference be set within 60 days following the close of discovery.

**Certifications**

Certifications under Local Rule 16.1(D)(3) will be filed by each of the parties under separate cover. The parties have not agreed to trial by a Magistrate Judge.

Respectfully submitted,

Plaintiff,
A.W. CHESTERTON COMPANY,
by its attorneys,

_____/s/ Nicholas D. Stellakis_____
Harry L. Manion III, BBO No. 317440
Martin F. Gaynor III, BBO No. 564384
Nicholas D. Stellakis, BBO No. 644981
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100
nstellakis@cmjlaw.com

Defendant,
FIREMAN'S FUND INSURANCE CO.,
by its attorneys,

_____/s/ Gary D. Centola_____
Gary D. Centola
Janice M. Greenberg
RIVKIN RADLER LLP
926 EAB Plaza
Uniondale, New York 11556
(516) 357-3486

Mark W. Roberts, BBO No. 554038
MCROBERTS, ROBERTS & RAINER, LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 722-8222

Defendant,
ATLANTA INTERNATIONAL INSURANCE CO.,
by its attorneys,

    /s/ Steven G. Adams
Louis G. Adolfsen (Pro Hac Vice)
Steven G. Adams (Pro Hac Vice)
MELITO & ADOLFSEN P.C.
233 Broadway
Woolworth Building
New York, NY 10279
(212) 238-8900

Edward D. Shoulkin, BBO No. 555483
Andrew R. Weiner, BBO No. 655170
TAYLOR DUANE BARTON & GILMAN, LLP
160 Federal Street
Boston, MA 02110
(617) 654-8200


Dated: December 7, 2005

152171.1