**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
A.W. Chesterton Company,           )
        Plaintiff,                 )
                                   )
v.                                 )   Civil Docket Number:
                                   )   04-CV-12501 GAO
Fireman's Fund Insurance Co.,      )
Atlanta International Insurance Co. formerly )
Drake Insurance Co. of New York,   )
        Defendants.                )
_____)
```

**PLAINTIFF A.W. CHESTERTON COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Plaintiff A.W. Chesterton Company states that it does not have any parent corporation and no publicly held company owns 10% or more of the stock of A.W. Chesterton Co.

        Respectfully submitted,

        Plaintiff,
        A.W. CHESTERTON COMPANY,
        by its attorneys,

        /s/ Nicholas D. Stellakis
        Harry L. Manion III, BBO No. 317440
        Martin F. Gaynor III, BBO No. 564384
        Nicholas D. Stellakis, BBO No. 644981
        COOLEY MANION JONES LLP
        21 Custom House Street
        Boston, MA 02110
        (617) 737-3100
        nstellakis@cmjlaw.com

Dated: December 7, 2005

152190.1