UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -7 P 4: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

A.W. CHESTERTON COMPANY, INC.,   )
                                 )
          Plaintiffs,            )
                                 )
v.                               )   CIVIL ACTION NO. 04-CV-12501 GAO
                                 )
ST. PAUL FIRE & MARINE           )
INSURANCE CO. et al.             )
          Defendants.            )
                                 )
                                 )

## NOTICE OF APPEARANCE

On behalf of the Defendant Fireman's Fund Insurance Company in the above case, please enter the appearance of Mark W. Roberts of the law firm McRoberts, Roberts & Rainer, LLP, 53 State Street, Boston, Massachusetts 02109.

                    DEFENDANT FIREMAN'S FUND
                    INSURANCE CO.,

By: _____
     Mark W. Roberts
     Bar No. 554038
     McRoberts, Roberts & Rainer, LLP
     Exchange Place
     53 State Street
     Boston, MA 02109
     Tel: (617) 722-8222
     Fax: (617) 720-2320

Dated: December 7, 2005

CERTIFICATE OF SERVICE

This is to certify that on this 7th day of December, 2005, I hereby mailed via first class mail a copy of the foregoing to all counsel of record.

_____
Mark W. Roberts