SCANNED
DATE:
BY:

FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 DEC -7 P 4: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| A.W. CHESTERTON COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 04-CV-12501 GAO |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE & MARINE ) | |
| INSURANCE CO. et al ) | |
| ) | |
| Defendants. ) | |

**ASSENTED TO MOTION OF DEFENDANT FIREMAN'S FUND INSURANCE COMPANY FOR AN EXTENSION OF TIME IN WHICH TO ANSWER THE AMENDED COMPLAINT**

Fireman's Fund Insurance Company ("FFIC") hereby moves for an extension of time in which to respond to Plaintiff's Amend Complaint. Plaintiff has assented to this Motion. As grounds therefore, FFIC states as follows:

1. On November 15, 2005, FFIC received a copy of the Amended Complaint.

2. On December 1, 2005, counsel for FFIC conferred with counsel for plaintiff who agreed to allow FFIC until December 27, 2005 to respond to the amended Complaint.

3. No previous extension has been granted to FFIC.

WHEREFORE, based upon the Parties' agreement, FFIC respectfully requests that this Court grant it an extension up to and including December 27, 2005 to respond to the Amend Complaint.

FIREMAN'S FUND INSURANCE COMPANY
By their attorneys,

Mark W. Roberts (BBO# 554038)
McROBERTS, ROBERTS & RAINER, LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 722-8222

Dated: December 5, 2005

**ASSENTED TO:**

Martin F. Gaynor III (BBO#564384)
Nicholas D. Stellakis (BBO#644981)
COOLEY MANION JONES LLP
2 Custom House Street
Boston, Massachusetts 02110
(617) 737-3100

1904525 v1