```
                                                            FILED
                                                      IN CLERK'S OFFICE
                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS    2005 DEC -8 P 1:09

                                                      U.S. DISTRICT COURT
                                                       DISTRICT OF MASS.
```

|                              |   |                                  |
|------------------------------|---|----------------------------------|
| A.W. CHESTERTON COMPANY, INC., | ) |                                  |
|                              | ) |                                  |
| Plaintiff,                   | ) | CIVIL ACTION NO. 04-CV-12501 GAO |
|                              | ) |                                  |
| v.                           | ) |                                  |
|                              | ) |                                  |
| ST. PAUL FIRE & MARINE       | ) | FILING FEE PAID:                 |
| INSURANCE CO.,               | ) | RECEIPT # 68770                  |
|                              | ) | AMOUNT $ 100.00                  |
| Defendant.                   | ) | BY DPTY CLK                      |
|                              | ) | DATE 12/9/05                     |

### ASSENTED-TO MOTION ON BEHALF OF DEFENDANT FIREMAN'S FUND INSURANCE COMPANY FOR ADMISSION OF ATTORNEYS GARY D. CENTOLA AND JANICE McGUCKIN-GREENBERG PRO HAC VICE

The undersigned attorney for the Defendant Fireman's Fund Insurance Company respectfully moves this Court for the admission of Attorneys Gary D. Centola and Janice McGuckin-Greenberg as visiting lawyers to represent the Defendant Fireman's Fund Insurance Company in the above-captioned action, and in support of this motion states:

1.  The office address for Attorneys Centola and McGuckin-Greenberg is:

    Rivkin Radler, LLP
    926 EAB Plaza
    Uniondale, New York 11556

2.  Attorney Centola is a member in good standing of the bars of New York, since 1977, of the United States District Courts for the Eastern District of New York, since 1985, and the Southern District of New York since 1988.

3. Attorney Centola has no grievances pending against him and has never been reprimanded, suspended or placed on inactive status or disbarred, nor has he ever resigned from the practice of law.

4. Attorney McGuckin-Greenberg is a member in good standing of the bars of New York, since 1999, and New Jersey, since 1998, of the United States District Courts for the Southern District of New York, since 2005, and the Eastern District of New York, since 2005, and the District of New Jersey since 1998.

5. Attorney McGuckin-Greenberg has no grievances pending against her and has never been reprimanded, suspended or placed on inactive status or disbarred, nor has he ever resigned from the practice of law.

6. Attorneys Centola and McGuckin-Greenberg have an attorney client relationship with the Defendant, Fireman's Fund Insurance Company, concerning the subject matter of this case. Attorneys Centola and McGuckin-Greenberg also have extensive experience in insurance coverage litigation and have acquired specialized knowledge regarding the Defendant Fireman's Fund Insurance Company's affairs important to the trial of this case.

7. The undersigned counsel, Mark W. Roberts, of McRoberts, Roberts & Rainer, LLP, 53 State Street, Boston, Massachusetts 02109 shall serve as local counsel for Defendant Fireman's Fund Insurance Company upon whom service of all papers may be made.

8. The payment of the prescribed amount to the Clerk of this Court ($100.00) accompanies this motion.

WHEREFORE, the Defendant, Fireman's Fund Insurance Company respectfully request that Attorneys Centola and McGuckin-Greenberg be admitted as visiting lawyers and granted permission to represent the Defendant in this action as counsel pro hac vice.

FIREMAN'S FUND INSURANCE COMPANY,

By: _____
Mark W. Roberts
Bar No. 554038
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA  02109
Tel: (617) 722-8222
Fax: (617) 720-2320

DATED: December 6, 2005

**ASSENTED TO:**

_____
Martin F. Gaynor III (BBO#564384)
Nicholas D. Stellakis (BBO#644981)
COOLEY MANION JONES LLP
2 Custom House Street
Boston, Massachusetts 02110
(617) 737-3100