UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 DEC -8 P 1:09

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| A.W. CHESTERTON COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ST. PAUL FIRE & MARINE ) <br> INSURANCE CO., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 04-CV-12501GAO |

<u>AFFIDAVIT OF ATTORNEY GARY D. CENTOLA IN SUPPORT OF MOTION ON BEHALF OF DEFENDANT FIREMAN'S FUND INSURANCE COMPANY FOR ADMISSION OF ATTORNEYS GARY D. CENTOLA AND JANICE McGUCKIN-GREENBERG PRO HAC VICE</u>

I, Gary D. Centola, of full age and being duly sworn according to law, upon my oath depose and say:

1. I submit this Affidavit to the Court in support of the Motion for Admission Pro Hac Vice filed by Defendant Fireman's Fund Insurance Company in this case.

2. I have been a member in good standing of the New York Bar since 1977.

3. I have been a member in good standing of the United States District Court for the Eastern District of New York since 1985.

4. I have been a member in good standing of the United States District Court for the Southern District of New York since 1988.

5. I am an attorney at the law firm of Rivkin Radler, LLP, 926 EAB Plaza, Uniondale, NY 11556.

6. There are no grievances pending against me. I have never been reprimanded, suspended, placed on inactive status or disbarred, nor have I ever resigned from the practice of law.

7. I have an attorney client relationship with the Defendant, Fireman's Fund Insurance Company, concerning the subject matter of this case. I have extensive experience in insurance coverage litigation and have acquired specialized knowledge regarding the Defendant Fireman's Fund Insurance Company's affairs important to the trial of this case.

Gary D. Centola

Subscribed and Sworn to
before me this 7th day of December 2005

Notary Public

CHRISTINE ENERSEN
Notary Public, State Of New York
No. 01EN4819753
Qualified In Suffolk County
Commission Expires April 30, 20 06