UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. CHESTERTON COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ATLANTA INTERNATIONAL ) | |
| INSURANCE CO. formerly DRAKE ) | |
| INSURANCE CO. OF NEW YORK, ) | CIVIL ACTION NO. 04-CV-12501 GAO |
| ) | |
| Defendant, Third-Party Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| MASSACHUSETTS INSURERS ) | |
| INSOLVENCY FUND, ) | |
| ) | |
| Third-Party Defendant ) | |

**ASSENTED-TO MOTION OF THIRD-PARTY DEFENDANT
MASSACHUSETTS INSURERS INSOLVENCY FUND FOR AN EXTENSION
OF TIME IN WHICH TO RESPOND TO THIRD-PARTY COMPLAINT**

Third-Party defendant Massachusetts Insurers Insolvency Fund ("MIIF") hereby moves for an extension of time in which to answer, move or otherwise respond to the third-party complaint filed against it. Third-Party Plaintiff Atlanta International Insurance Co. formerly Drake Insurance Co. of New York ("Atlanta") has assented to this Motion. As grounds therefor, MIIF states as follows:

1.  On December 9, 2005 MIIF was served with the Third-Party Complaint.

2.      On December 20 and 21, 2005, counsel for MIIF conferred with counsel for Atlanta and agreed to allow MIIF until January 27, 2006 to answer, move or otherwise respond to the third-party complaint.

3.      No previous extension has been granted to MIIF.

WHEREFORE, based on the parties' agreement, MIIF respectfully requests that this Court grant it an extension to and including January 27, 2006 to answer, move or otherwise respond to the third-party complaint.

                MASSACHUSETTS INSURERS
                INSOLVENCY FUND

                By their attorneys,


                /s/ G. Rubenstein
                Joseph C. Tanski (BBO #492180)
                Gregory P. Deschenes (BBO #550830)
                Gregg A. Rubenstein (BBO #639680)
                NIXON PEABODY LLP
                100 Summer Street
                Boston, Massachusetts 02110
                (617) 345-1000

Dated:  December 21, 2005

**ASSENTED TO:**


/s/ E. Shoulkin
Edward D. Shoulkin (BBO #555483)
Andrew R. Weiner (BBO #655170)
TAYLOR, DUANE, BARTON & GILMAN LLP
160 Federal Street
Boston, Massachusetts 02110
(617) 654-8200

BOS1554065.1