UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. CHESTERTON COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ATLANTA INTERNATIONAL ) | |
| INSURANCE CO. formerly DRAKE ) | |
| INSURANCE CO. OF NEW YORK, ) | CIVIL ACTION NO. 04-CV-12501 GAO |
| ) | |
| Defendant, Third-Party Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| MASSACHUSETTS INSURERS ) | |
| INSOLVENCY FUND, ) | |
| ) | |
| Third-Party Defendant ) | |

**JOINT MOTION OF TO EXTEND TIME TO MAKE INITIAL DISCLOSURES**

Plaintiff, A.W. Chesterton Company, Inc., defendants Atlanta International Insurance Co. formerly Drake Insurance Co. of New York ("Atlanta"), Fireman's Fund Insurance Company and third-party defendant Massachusetts Insurers Insolvency Fund ("MIIF") hereby jointly move for an extension of time in which to exchange their Initial Disclosures pursuant to Fed. R. Civ. P. 26. As grounds therefor, the parties state as follows:

1. On December 9, 2005, MIIF was served with the Third-Party Complaint.

2. The parties request an additional two weeks to prepare, finalize and review their respective Initial Disclosures.

3.  No previous extension has been granted to the parties to make their Initial Disclosures.

WHEREFORE, based on the parties' agreement, they respectfully request that this Court grant them an extension to and including January 27, 2006 to make their Rule 26 Initial Disclosures.

| A.W. CHESTERTON COMPANY, INC.<br><br>By its attorneys,<br><br>     /s/ M. Gaynor<br>Martin F. Gaynor III (BBO #564384)<br>Nicholas D. Stellakis (BBO #644981)<br>COOLEY MANION JONES LLP<br>2 Custom House Street<br>Boston, Massachusetts 02110<br>(617) 737-3100 | FIREMAN'S FUND INSURANCE COMPANY<br><br>By its attorneys,<br><br>     /s/ J. McGuckin-Greenberg<br>Gary D. Centola (pro hac vice)<br>Janice McGuckin-Greenberg (pro hac vice)<br>Rivkin Radler, LLP<br>926 Reckson Plaza, West Tower<br>Uniondale, NJ 11556-0926<br>(516) 357-3000 |

|  | ATLANTA INTERNATIONAL INSURANCE CO. FORMERLY DRAKE INSURANCE CO. OF NEW YORK<br><br>By their attorneys,<br><br>     /s/ S. Adams    <br>Edward D. Shoulkin (BBO #555483)<br>Andrew R. Weiner (BBO #655170)<br>TAYLOR, DUANE, BARTON & GILMAN LLP<br>160 Federal Street<br>Boston, Massachusetts 02110<br>(617) 654-8200<br><br>-and-<br><br>Louis G. Adolfsen<br>Steven G. Adams<br>Melito & Adolfsen P.C.<br>233 Broadway - 28th Floor<br>New York, NY 10279<br>(212) 238-8900 |
|---|---|
|  | MASSACHUSETTS INSURERS INSOLVENCY FUND<br><br>By their attorneys,<br><br>       /s/ G. Rubenstein    <br>Joseph C. Tanski (BBO #492180)<br>Gregory P. Deschenes (BBO #550830)<br>Gregg A. Rubenstein (BBO #639680)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>(617) 345-1000 |

Dated: January 13, 2005