## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. Chesterton Company,<br>　　　Plaintiff,<br><br>v.<br><br>Fireman's Fund Insurance Co. and<br>Atlanta International Insurance Co.,<br>formerly Drake Insurance Co. of New York,<br>　　　Defendants. | Civil Docket Number:<br>04-CV-12501 GAO |

## **LOCAL RULE 15.1 CERTIFICATION**

I hereby certify that I have conferred with the proposed new party, the Massachusetts Insurers Insolvency Fund (the "MIIF"), and that the MIIF has agreed to waive the 10-day advance service required by Local Rule 15.1(B).

　　　　　　　　　　　　　　　　　　A.W. CHESTERTON COMPANY,

　　　　　　　　　　　　　　　　　　by its attorneys,

　　　　　　　　　　　　　　　　　　/s/ Martin F. Gaynor III
　　　　　　　　　　　　　　　　　　Harry L. Manion III, BBO No. 317440
　　　　　　　　　　　　　　　　　　Martin F. Gaynor III, BBO No. 564384
　　　　　　　　　　　　　　　　　　Nicholas D. Stellakis, BBO No. 644981
　　　　　　　　　　　　　　　　　　COOLEY MANION JONES LLP
　　　　　　　　　　　　　　　　　　21 Custom House Street
　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　(617) 737-3100
　　　　　　　　　　　　　　　　　　Email: mgaynor@cmjlaw.com

153999v1

**CERTIFICATE OF SERVICE**

    I hereby certify that the above document, Local Rule 15.1 Certification, was filed through the ECF system for electronic service to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants (if any) on January 23, 2006.

                                                /s/ Martin F. Gaynor III