UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. Chesterton Company,       )<br>         Plaintiff,       )<br>                      )<br>v.                     )<br>                      )<br>Fireman's Fund Insurance Co. and   )<br>Atlanta International Insurance Co.,   )<br>formerly Drake Insurance Co. of New York, )<br>         Defendants.       )<br>                      ) | Civil Docket Number:<br>04-CV-12501 GAO |

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, as required by Local Rule 7.1(A)(2), I have conferred with counsel of record for all Defendants regarding Plaintiff's Motion for Leave to Amend and to Remand and have attempted in good faith to resolve or narrow the issues.

                                A.W. CHESTERTON COMPANY,

                                by its attorneys,


                                /s/ Martin F. Gaynor III
                                Harry L. Manion III, BBO No. 317440
                                Martin F. Gaynor III, BBO No. 564384
                                Nicholas D. Stellakis, BBO No. 644981
                                COOLEY MANION JONES LLP
                                21 Custom House Street
                                Boston, MA  02110
                                (617) 737-3100
                                Email: mgaynor@cmjlaw.com


153998v1

**CERTIFICATE OF SERVICE**

    I hereby certify that the above document, Local Rule 7.1 Certification, was filed through the ECF system for electronic service to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants (if any) on January 23, 2006.

        /s/ Martin F. Gaynor III