UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A.W. CHESTERTON COMPANY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| ATLANTA INTERNATIONAL INSURANCE CO. formerly DRAKE INSURANCE CO. OF NEW YORK, | ) CIVIL ACTION NO. 04-CV-12501 GAO |
| Defendant, Third-Party Plaintiff. | ) |
| v. | ) |
| MASSACHUSETTS INSURERS INSOLVENCY FUND, | ) |
| Third-Party Defendant | ) |

### SECOND ASSENTED-TO MOTION OF THIRD-PARTY DEFENDANT MASSACHUSETTS INSURERS INSOLVENCY FUND FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO THIRD-PARTY COMPLAINT

Third-Party defendant Massachusetts Insurers Insolvency Fund ("MIIF") hereby moves for an extension of time in which to answer, move or otherwise respond to the third-party complaint filed against it. Third-Party Plaintiff Atlanta International Insurance Co. formerly Drake Insurance Co. of New York ("Atlanta") has assented to this Motion. As grounds therefor, MIIF states as follows:

1. On December 9, 2005 MIIF was served with the Third-Party Complaint.

2. On January 23, 2006, Chesterton moved to remand and for leave to file a third amended complaint asserting claims directly against MIIF.

3. On January 25, 2006, counsel for MIIF conferred with counsel for Atlanta who agreed to allow MIIF until February 28, 2006 to answer, move or otherwise respond to the third-party complaint so as to allow for orderly consideration of Chesterton's pending motion to remand.

4. One previous extension has been granted to MIIF.

WHEREFORE, based on the parties' agreement, MIIF respectfully requests that this Court grant it an extension to and including February 28, 2006 to answer, move or otherwise respond to the third-party complaint.

        MASSACHUSETTS INSURERS
        INSOLVENCY FUND

        By their attorneys,


           /s/ G. Rubenstein
        Joseph C. Tanski (BBO #492180)
        Gregory P. Deschenes (BBO #550830)
        Gregg A. Rubenstein (BBO #639680)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, Massachusetts 02110
        (617) 345-1000

Dated:  January 25, 2006

**ASSENTED TO:**

    /s/ E. Shoulkin
Edward D. Shoulkin (BBO #555483)
Andrew R. Weiner (BBO #655170)
TAYLOR, DUANE, BARTON & GILMAN LLP
160 Federal Street
Boston, Massachusetts 02110
(617) 654-8200

BOS1562265.1

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper will copies will be sent to those indicated as non registered participants, if any, on January 25, 2006.

                                            /s/ Gregg A. Rubenstein
                                            Gregg A. Rubenstein