UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| A.W. CHESTERTON COMPANY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| ATLANTA INTERNATIONAL INSURANCE CO. formerly DRAKE INSURANCE CO. OF NEW YORK, | ) | CIVIL ACTION NO. 04-CV-12501 GAO |
| Defendant, Third-Party Plaintiff. | ) | |
| v. | ) | |
| MASSACHUSETTS INSURERS INSOLVENCY FUND, | ) | |
| Third-Party Defendant | ) | |

**SECOND JOINT MOTION OF TO EXTEND TIME
TO MAKE INITIAL DISCLOSURES**

Plaintiff, A.W. Chesterton Company, Inc., defendants Atlanta International Insurance Co. formerly Drake Insurance Co. of New York ("Atlanta"), Fireman's Fund Insurance Company and third-party defendant Massachusetts Insurers Insolvency Fund ("MIIF") hereby jointly move for an extension of time in which to exchange their Initial Disclosures pursuant to Fed. R. Civ. P. 26. As grounds therefor, the parties state as follows:

1. On December 9, 2005, MIIF was served with the Third-Party Complaint.

2. On January 23, 2006, Chesterton moved to remand and for leave to file a third amended complaint asserting claims directly against MIIF.

3.   The parties request an additional four weeks to exchange their respective Initial Disclosures so as to allow for orderly consideration of Chesterton's pending motion to remand.

4.   One previous extension has been granted to the parties to make their Initial Disclosures.

WHEREFORE, based on the parties' agreement, they respectfully request that this Court grant them an extension to and including February 28, 2006 to make their Rule 26 Initial Disclosures.

| A.W. CHESTERTON COMPANY, INC.<br><br>By its attorneys,<br><br>   /s/ M. Gaynor   <br>Martin F. Gaynor III (BBO #564384)<br>Nicholas D. Stellakis (BBO #644981)<br>COOLEY MANION JONES LLP<br>2 Custom House Street<br>Boston, Massachusetts 02110<br>(617) 737-3100 | FIREMAN'S FUND INSURANCE COMPANY<br><br>By its attorneys,<br><br>      /s/ J. McGuckin-Greenberg   <br>Gary D. Centola (pro hac vice)<br>Janice McGuckin-Greenberg (pro hac vice)<br>Rivkin Radler, LLP<br>926 Reckson Plaza, West Tower<br>Uniondale, NJ 11556-0926<br>(516) 357-3000 |

|  | ATLANTA INTERNATIONAL INSURANCE CO. FORMERLY DRAKE INSURANCE CO. OF NEW YORK<br><br>By their attorneys,<br><br><br>   /s/ S. Adams<br>Edward D. Shoulkin (BBO #555483)<br>Andrew R. Weiner (BBO #655170)<br>TAYLOR, DUANE, BARTON & GILMAN LLP<br>160 Federal Street<br>Boston, Massachusetts 02110<br>(617) 654-8200<br><br>-and-<br><br>Louis G. Adolfsen<br>Steven G. Adams<br>Melito & Adolfsen P.C.<br>233 Broadway - 28th Floor<br>New York, NY 10279<br>(212) 238-8900 |
|---|---|
|  | MASSACHUSETTS INSURERS INSOLVENCY FUND<br><br>By their attorneys,<br><br><br>     /s/ G. Rubenstein<br>Joseph C. Tanski (BBO #492180)<br>Gregory P. Deschenes (BBO #550830)<br>Gregg A. Rubenstein (BBO #639680)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>(617) 345-1000 |

Dated: January 25, 2006

BOS1562340.1

- 4 -

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper will copies will be sent to those indicated as non registered participants, if any, on January 25, 2006.

                                    /s/ Gregg A. Rubenstein
                                   Gregg A. Rubenstein