UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 FEB -6  P 4: 34

US DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| A.W. CHESTERTON COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 04-CV-12501 GAO |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE & MARINE ) | |
| INSURANCE CO. et al ) | |
| ) | |
| Defendants. ) | |

**ASSENTED TO MOTION OF DEFENDANT FIREMAN'S FUND INSURANCE COMPANY FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO MOTION FOR LEAVE TO AMEND THE COMPLAINT AND TO REMAND**

Fireman's Fund Insurance Company ("FFIC") hereby moves for an extension of time in which to respond to Plaintiff's Motion for Leave to Amend the Complaint and to Remand. Plaintiff has assented to this Motion. As grounds therefore, FFIC states as follows:

1. On or about January 23, FFIC received a copy of the Plaintiff's Motion for Leave to Amend the Complaint and to Remand.

2. Counsel for FFIC subsequently conferred with counsel for plaintiff who agreed to allow FFIC until February 13, 2006 to respond to the Motion for Leave to Amend the Complaint and to Remand.

3. No previous extension to respond to this motion has been granted to FFIC.

WHEREFORE, based upon the Parties' agreement, FFIC respectfully requests that this Court grant it an extension up to and including February 13, 2006 to respond to the Motion for Leave to Amend the Complaint and to Remand.

FIREMAN'S FUND INSURANCE COMPANY
By their attorneys,

_____
Mark W. Roberts (BBO# 554038)
McROBERTS, ROBERTS & RAINER, LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 722-8222

Dated: February 6, 2006

**ASSENTED TO:**

_____
Martin F. Gaynor III (BBO#564384)
Nicholas D. Stellakis (BBO#644981)
COOLEY MANION JONES LLP
2 Custom House Street
Boston, Massachusetts 02110
(617) 737-3100

### CERTIFICATE OF SERVICE

This is to certify that on this 6th day of February, 2006, I hereby mailed via first class mail a copy of the foregoing to all counsel of record.

_____
Mark W. Roberts