UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

A.W. CHESTERTON, INC.

   V                                                                                                                        CA04-12501-GAO

ST. PAUL FIRE & MARINE INSURANCE COMPANY, ET AL

**ORDER**

     A hearing on the motion to remand was held on April 5, 2006. After oral argument, the court GRANTS the motion to remand. Therefore, this action is to be remanded back to the Superior Court of Middlesex County, Massachusetts.

DATED:  April 6, 2006                                          SO ORDERED

                                                                                 /S/GEORGE A. O'TOOLE, JR
                                                                                       U.S.D.J.